UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
ANTILLANA & METRO SUPERMARKET, CORP.,         :
:
Plaintiff,                        :
:
-v-                                :    25 Civ. 932 (JPC)
:
A&J SUPER FOOD INC., *doing business as*          :    <u>ORDER</u>
ANTILLANA FRESH MEAT MARKET,                 :
:
Defendant.                        :
:
-------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

    The Court's March 25, 2025 Order set a deadline of April 2, 2025 for the parties to file a joint pre-conference submission. *See* Dkt. 21. That deadline has passed and the docket does not reflect the entry of any submission. The Court extends *sua sponte* the parties' deadline to April 4, 2025.

    SO ORDERED.

Dated: April 3, 2025
      New York, New York

                                            JOHN P. CRONAN
                                            United States District Judge