UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ANTILLANA & METRO SUPERMARKET, CORP.,   :
:
                    Plaintiff,   :
:       25 Civ. 932 (JPC)
     -v-   :
:       ORDER
A&J SUPER FOOD INC., *doing business as*   :
ANTILLANA FRESH MEAT MARKET,   :
:
                    Defendant.   :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On April 9, 2025, the Court ordered the parties to submit a joint letter updating the Court on the status of the case by September 22, 2025. Dkt. 26. The parties failed to submit this letter to the Court. Within one week of the filing of this Order, it is hereby ordered that the parties must file on ECF the joint letter described in Dkt. 26.

    SO ORDERED.

Dated: September 25, 2025
       New York, New York
                                               JOHN P. CRONAN
                                               United States District Judge