UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ANTILLANA & METRO SUPERMARKET, CORP.,

                Plaintiff,

                -v-

A&J SUPER FOOD INC., *doing business as*
ANTILLANA FRESH MEAT MARKET,

                Defendant.
-----------------------------------------------------------------------X

25 Civ. 932 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On October 2, 2025, the parties advised the Court that they did not plan to file post-discovery motions and that they do not request a referral to a magistrate judge for a settlement conference because they are "very close to settlement and hope to file a stipulation of dismissal within the coming weeks." Dkt. 28. Given that the parties have not updated the Court since that letter, they shall appear before the court for a conference on December 3, 2025, at 2:30 p.m. in order to set a trial date. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

SO ORDERED.

Dated: November 4, 2025
       New York, New York

                                          JOHN P. CRONAN
                                          United States District Judge